IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR351 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN ST. CYR and | ) | |
| JOSEPH SNOWBALL, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant John St. Cyr (St. Cyr) (Filing No. 58). St. Cyr seeks a continuance of the trial of this matter which is scheduled for February 2, 2009. St. Cyr's counsel represents that St. Cyr will submit an affidavit wherein he represents that he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. St. Cyr's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. St. Cyr's motion to continue trial (Filing No. 58) is granted.

2. Trial of this matter as to both defendants is re-scheduled for **March 2, 2009,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **January 27, 2009 and March 2, 2009,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that one of defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(3)(A).

DATED this 27th day of January, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge